## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESIKA VADO, i*ndividually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY INC.,<br><br>Defendant. | Case No.:  20-cv-2055-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 13] |

On January 20, 2021, Plaintiff Jesika Vado and Defendant Frito-Lay Inc. filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear their own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

Dated:  January 20, 2021

*Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge